May 4, 1910.) Action by Charles W. Barnes against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs, on the authority of Carleton v. New York Cent. & H. R. R. Co., 121 N. Y. Supp. 997, recently decided by Appellate Division, First Department.

BAUCHER, Respondent, v. STEWART et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Concetta Baucher against Joseph Stewart and another. No opinion. Motion to resettle order granted, without costs. See, also, 122 N. Y. Supp. 202.

BECKER, Appellant, v. FLATIRON RESTAURANT CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by John J. Becker against the Flatiron Restaurant Company and others. M. Grossman, for appellant. E. Jacobus, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BEHRENS v. ROTH et al. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Action by Esther Behrens against Charles Roth, as executor, and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

In re BELMONT AVE. (Supreme Court, Appellate Division, First Department. April 15, 1910.) In the matter of Belmont Avenue. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 128 App. Div. 927, 112 N. Y. Supp. 1122.

BERNSTEIN, Respondent, v. BAUMANN, Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Hyman Bernstein against Samuel Baumann.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to dismiss the action for failure to prosecute granted, with costs, on the ground that the excuse offered by plaintiff for a delay of nearly five years in bringing the case to trial is insufficient.

JENKS and RICH, JJ., dissent.

BESDINE, Respondent, v. STEWART, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Bernard Besdine, doing business as Diamond Security Company against Emma H. Stewart. No opinion. Judgment of the Municipal Court reversed, and a new trial ordered, costs to abide the event, on the ground that the failure of the plaintiff to comply with section 440 of the Penal Law (Consol. Laws, c. 40) deprived him of the right to maintain this action.

BICKERSTAFF v. PERLEY et al. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Roland M. Bickerstaff against Frank L. Perley and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 121 N. Y. Supp. 1125.

BLICKSILBER, Appellant, v. FREEMAN, Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Bessie Blicksilber against Alfred Freeman. No opinion. Judgment of the Municipal Court affirmed, with costs.

BLUMQUIST, Respondent, v. SNARE & TRIEST CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Ida Blumquist, as administratrix, etc., of Carl J. Blumquist, deceased, against the Snare & Triest Company. No opinion. Motion to resettle order denied, without costs. See, also, 135 App. Div. 709, 119 N. Y. Supp. 728.

BOGART, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Mary C. Bogart, as administratrix, etc., of John Bogart, deceased, against the City of New York. No opinion. Judgment and order affirmed, with costs. See, also, 131 App. Div. 909, 115 N. Y. Supp. 1112.

BURR and RICH, JJ., vote to reverse, because of error of the trial court, at folios 428 and 429, in striking out evidence received at folios 296 and 297.

BOSKOWITZ v. SULZBACHER. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Jesse L. Boskowitz as administrator, against Joseph H. Sulzbacher. No opinion. Motion granted. Order filed. See also, 120 N. Y. Supp. 1114.

BRADY v. PENNSYLVANIA STEEL CO. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Action by Marguerite Brady, as administratrix, against the Pennsylvania Steel Company. No opinion. Motion granted, and case set down for April 18, 1910. See, also, 134 App. Div. 372, 119 N. Y. Supp. 75.

BRAFFETT, Respondent, v. BROOKLYN Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by William J. Braffett against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the authority of King v. Nassau Electric R. R. Co., 128 App. Div. 130, 112 N. Y. Supp. 589. See, also, 122 N. Y. Supp. 1123.